**Order filed January 17, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00391-CR
_____

## SHUNTA BAILEY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 21st District Court**
**Washington County, Texas**
**Trial Court Cause No. 17839**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit 9.

The clerk of the 21st District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 9, on or before January 22, 2020. The Clerk of

this court is directed to receive, maintain, and keep safe the original exhibit; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 9.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.